NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7111

LYNETTE M. HENRY,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-0782, Judge Ronald M. Holdaway.

ON MOTION

## O R D E R

The Secretary of Veterans Affairs moves to stay the briefing schedule in this appeal pending disposition of Henderson v. Shinseki, 2009-7006.

The Secretary asserts that this appeal and Henderson both involve the issue of whether the doctrine of equitable tolling applies to 38 U.S.C. § 7266(a). The Secretary asserts that the court's decision in Henderson will likely control the outcome of this case.

Accordingly,

IT IS ORDERED THAT:

The motion is granted. The Secretary is directed to notify this court within 21 days of the date the mandate has issued in Henderson concerning how he believes this appeal should proceed. Lynette M. Henry may also respond within that time.

FOR THE COURT

AUG 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Lynette M. Henry
      Joseph A. Pixley, Esq.

s20



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 8 2009

JAN HORBALY
CLERK